[S. F. No. 5942. In Bank.—May 27, 1914.]

## GEORGEANA B. BELDEN, Respondent, v. UNION CENTRAL LIFE INSURANCE COMPANY (a Corporation), Appellant.

LIFE INSURANCE—POWER OF GENERAL AGENT—ERRONEOUS INSTRUCTION. Judgment reversed upon the authority of *Belden* v. *Union Central Life Insurance Co.,* ante, p. 741.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. John Hunt, Judge.

The facts are similar to those stated in the opinion in *Belden* v. *Union Central Life Insurance Co., ante,* p. 741.

Pringle & Pringle, and W. S. Andrews, for Appellant.

Frohman & Jacobs, Titus, Creed & Dall, A. H. Brandt, and A. M. Kidd, for Respondent.

THE COURT.—The error discussed in the opinion in *Belden* v. *Union Central Life Insurance Company* (S. F. No. 5941), *ante,* p. 741, [141 Pac. 370], was repeated in the instruction given at the trial of this case, and upon the authority of that case the judgment is reversed.

Rehearing denied.